# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SUE LACAPRUCIA, individually and on behalf of all others similarly-situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 4:20-CV-00849-BCW |
| v. ) ) | |
| SAUNDRA THURMAN-CUSTIS, et al., ) ) | |
| Defendants. ) | |

## ORDER

On October 8, 2021, the Court granted Plaintiff's motion to certify class and for preliminary settlement and directed that notice be issued. On January 6, 2022, the Court held a final settlement approval conference and received no timely and valid objections. The Court, being duly advised of the premises, finds the proposed settlement fair, reasonable, and adequate, and that all relevant elements of Federal Rule of Civil Procedure 23 have been satisfied. Accordingly, pursuant to Federal Rule of Civil Procedure 23, the Employee Retirement Income Security Act, and any other applicable laws, it is hereby

ORDERED that the Court CERTIFIES the proposed settlement class, which is defined as follows:

**All persons employed by Crystal Enterprises, Inc., at Whiteman Air Force Base, performing work under the CBA in effect between Crystal Enterprises and UNITE-HERE, from October 1, 2009, through September 30, 2010, who did not have TRICARE health benefits and therefore were subject to payment of health and welfare contributions into a 401(k) Plan.**

It its further

1

ORDERED that the Court APPROVES the proposed settlement, as well as all related Notices and the Plan of Allocation, as fair, reasonable, and adequate, and approves the Plan of Allocation of $50,000 among Class Members, award of Attorney's Fees and Costs in the amount of $22,500, and a Service Award for the Class Representative of $2,500. It is further

ORDERED any remaining settlement funds that are unclaimed shall be remitted via *cy pres* award to the Heartland Center for Jobs and Freedom. It is further

ORDERED that the parties and their counsel may take such other measures as are necessary to effectuate the settlement and may modify any procedures set forth in the settlement, so long as the parties agree and/or they are approved by the Court. It is further

ORDERED the above captioned matter is DISMISSED WITH PREJUDICE. It is further

ORDERED any Class Members not timely excluded are bound by this settlement and dismissal.

IT IS SO ORDERED.

Date: January 11, 2022

/s Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT